■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME ACKERMAN, Appellant. [822 NYS2d 447]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J., at plea; Bruce Allen, J., at sentence), rendered October 21, 2003, convicting defendant of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of six years to life, unanimously affirmed.

The amelioration doctrine does not apply where, as here, a defendant was sentenced before the new law's effective date (*People v Utsey*, 7 NY3d 398 [2006]). Concur—Buckley, P.J., Tom, Saxe, Sullivan and McGuire, JJ.